427 A.2d 1185

Commonwealth v. Harris, Appellant.

Submitted June 29, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Judgment of conviction is affirmed and the case is remanded for resentencing pursuant to Pa.R.Crim. 1405.